(100 South. 87)

## Ex parte SWINEA.

## SWINEA v. STATE.

### (8 Div. 663.)

(Supreme Court of Alabama.  May 1, 1924.)

**Criminal law ⬤�ネ1071—Petition for certiorari must show application for, and denial of, motion for rehearing in Court of Appeals.**

Under Supreme Court rule 42 (198 Ala. xiv), petition for writ of certiorari to review decision of Court of Appeals must show that application for rehearing was made to, and denied by, such court.

Certiorari to Court of Appeals.

G. W. Swinea petitions for certiorari to the Court of Appeals to review and revise the judgment and decision there rendered in the case styled Swinea v. State, 19 Ala. App. 618, 100 South. 86. Petition dismissed.

Simpson & Simpson, of Florence, for petitioner.

Counsel argue the merits of the case, but in view of the decision it is not necessary to set out the brief here.

Harwell G. Davis, Atty. Gen., opposed.

No brief reached the Reporter.

GARDNER, J. Petition for writ of certiorari to review the decision of the Court of Appeals in the case of G. W. Swinea v. State, 100 South. 86.[1] The petition does not disclose that an application for rehearing had been made to said Court of Appeals and such application denied. This is required as a condition precedent to a consideration of the petition here under the provisions of Supreme Court Rule 42, as amended and as set out in 198 Ala. xiv.

The petition is dismissed.

ANDERSON, C. J., and SAYRE and MILLER, JJ., concur.